UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**LUIS M. RIVERA,**

    **Plaintiff,**

v.                                                   Case No.  5:24-cv-25-MCR-MJF

**RON DESANTIS, et al.,**

    **Defendants**.

_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on July 24, 2024, ECF No. 16. Plaintiff was furnished a copy of the Report and Recommendation and was afforded an opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, the Court concludes that the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation, ECF No. 16, is adopted and incorporated by reference into this Order.

2. This action is **DISMISSED** under 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b), for failure to state a claim upon which relief may be granted.

3. The clerk of court will enter judgment accordingly and close this case file. **DONE AND ORDERED** this 25th day of September 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**